

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2016

No. 04-15-00819-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**SAN ANTONIO FIREFIGHTERS' ASSOCIATION, LOCAL 624**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI17586
Honorable Martha Tanner, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

On October 13, 2016, this court ordered the parties to mediation. The parties have advised the court they are unable to agree on a mediator. The court finds this is a complex matter and there is good cause to appoint a person who possesses specialized knowledge and skill. Therefore, pursuant to the court's inherent authority, the court appoints Deborah Hankinson as the mediator in this case.

We ORDER the mediation be attended by counsel of record and by authorized representatives of each party, who shall make good faith efforts to resolve this suit.

We further ORDER the mediation shall commence at such place in Bexar County as the mediator may designate and proceed in accordance with the schedule set by the mediator until the underlying suit is resolved or the mediator declares an impasse, but in any event the mediation shall be completed no later than January 31, 2017. Within three days of the completion of the mediation, the mediator shall file a written report concerning the disposition of the case with the Clerk of this court.

We further ORDER that each party shall pay one-half of the costs of mediation. On the ultimate resolution of this appeal, the court will tax the costs of mediation as part of the court costs unless the parties agree otherwise.

It is so **ORDERED** on October 27, 2016.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court